JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYLIFE SECURITIES, LLC, | No. CV 21-00662 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JASON STREATFEILD, | |
| Defendants. | |

In accordance with the Court's February 18, 2021 Order dismissing plaintiff NYLIFE Securities, LLC's Second Amended Complaint, it is ORDERED, ADJUDGED, and DECREED that:

1. This action is dismissed without prejudice;

2. Defendant Jason Streatfeild is entitled to his costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: February 18, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE